UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA HOPKINS,

    Plaintiff,

vs                                          Case No: 14-13482
                                            Honorable Victoria A. Roberts

FORD MOTOR COMPANY,

    Defendant.
_____/

## ORDER

On April 7, 2015, the Court held a Status Conference by phone. Attending were Eric Stempien representing the Plaintiff and Thomas Davis representing the Defendant.

Based on the discussion held, the parties resolved Defendant's Amended Motion to Compel Plaintiff to Produce Interrogatory Responses and to Supplement Responses to Request for Production (Doc. 14). The motion is **MOOT**.

    **IT IS ORDERED**.

                                                  /s/ Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: April 8, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 8, 2015.

s/Linda Vertriest
Deputy Clerk